# Court of Appeals
# of the State of Georgia

ATLANTA,　July 11, 2024

*The Court of Appeals hereby passes the following order:*

**A24A1693. MURRAY v. SMITH.**

Appellant Robert Murray has moved to remand this case to the trial court for completion of the record with the transcript from a February 28, 2024 hearing regarding a recusal issue. It appears that this transcript is necessary to review the recusal issue, which Murray has raised on appeal. Accordingly, Murray's motion to remand is **GRANTED**. We hereby **REMAND** this case to the trial court for completion of the record to include the transcript from the February 28, 2024 hearing. Upon completion of the record, the trial court clerk is **DIRECTED** to re-transmit the appeal to this Court for re-docketing. Murray need not file a new notice of appeal.

Division 5 per curiam. McFadden, P.J., not participating.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,　07/11/2024*

　　　*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

　　　*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*